FILED
JUL 24 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                               DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 08CR 2440-BEN |
| Plaintiff, | I N F O R M A T I O N |
| v. | Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer |
| JUAN MENDOZA-RESENDEZ, | |
| Defendant. | |

The United States Attorney charges:

On or about April 19, 2008, within the Southern District of California, defendant JUAN MENDOZA-RESENDEZ, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to federal officer that his name was Juan Montes-Resendez, whereas in truth and fact, as defendant then and here well knew that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: 7-24-2008.

KAREN P. HEWITT
United States Attorney

CALEB E. MASON
Assistant U.S. Attorney